UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| REBA CALLINS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1-04-1309-TAN |
| FIRST STATE BANK, | ) |
| Defendant. | ) |

## ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME

Plaintiff Reba Callins and Defendant First State Bank have jointly moved this Court for an Order extending the time within which to complete discovery from December 16, 2005, until January 6, 2006, and to move the deadline for dispositive motions from January 9, 2006, until January 31, 2006. The parties agree that all other scheduled dates will remain as previously scheduled. After considering the joint motion, the Court finds the motion to be well taken.

IT IS, THEREFORE, ORDERED, that the parties be allowed until and including the 6th day of January, 2006, to complete discovery and until and including the 31st day of January, 2006, to file dispositive motions.

ENTERED this 1st day of December, 2005.

_____
Judge S. Thomas Anderson

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 12-05-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 1:04-CV-01309 was distributed by fax, mail, or direct printing on December 5, 2005 to the parties listed.

---

Dan M. Norwood
NORWOOD HOWARD & ATCHLEY
1407 Union Ave.
Ste. 807
Memphis, TN 38104--362

Lawrence S. Eastwood
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Nashville
211 Commerce St.
Ste. 1000
Nashville, TN 37201

David B. Stevenson
1407 Union Avenue, Suite 807
Memphis, TN 38104

Emily H. Plotkin
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Nashville
211 Commerce St.
Ste. 1000
Nashville, TN 37201

Honorable James Todd
US DISTRICT COURT