# United States District Court
WESTERN DISTRICT OF TENNESSEE
Eastern Division

REBA CALLINS                              **JUDGMENT IN A CIVIL CASE**
                                          *Nunc pro Tunc*

v.

FIRST STATE BANK                          CASE NUMBER:   04-1309-T/An

**Jury verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

  IT IS ORDERED AND ADJUDGED that in compliance with the jury verdict entered in the above-styled matter on November 29, 2006, judgment is hereby entered in favor of Defendant First State Bank, effective as of that date.

APPROVED:

                                          **s/James D. Todd**
                                          JAMES D. TODD
                                          UNITED STATES DISTRICT JUDGE



                                          THOMAS M. GOULD
                                          CLERK


                                   BY:    s/Emily J. Smith
                                          DEPUTY CLERK